UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Elizabeth Kolenich, et al v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 10-cv-12424-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 17, 2011 (Doc. 8) and January 24, 2014 (Doc. 10), the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
      Deputy Clerk

**Dated:** January 29, 2014

Digitally signed by
David R. Herndon
Date: 2014.01.29
09:56:25 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT